UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
   United States of America,

                      Plaintiff,

           -against-                       **ORDER REGULATING PROCEEDINGS**

   Edwin Gonzalez,

                                          19 Cr. 708 (AKH)

                    Defendants.
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

       The parties are hereby ordered to appear for a telephonic sentencing on Friday, May 22, 2020, at 10:30 a.m., which sentencing will be held via the following call-in number:

            Call-in number: 888-363-4749
            Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

       Finally, no later than Thursday, May 21, 2020, at 2:00 p.m., the parties shall jointly submit to the Court (via the email address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic sentencing.

       SO ORDERED.

Dated:       New York, New York
               May 21, 2020

                                                      ALVIN K. HELLERSTEIN, U.S.D.J.